# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL GONZALEZ,                            )          Case No. CV 14-1047-SVW (JEM)
                                            )
                    Petitioner,             )
                                            )          **J U D G M E N T**
          v.                                )
                                            )
RON E. BARNES, Warden,                      )
                                            )
                    Respondent.             )
_____        )

        In accordance with the Order Accepting Findings and Recommendations of United

States Magistrate Judge filed concurrently herewith,

        IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.


DATED:  December 21, 2016

                                                 _____
                                                        STEPHEN V. WILSON
                                                 UNITED STATES DISTRICT JUDGE